**Strategic Intelligence Services PLLC**
14700 N Frank Lloyd Wright Boulevard
Ste. 157-411
Scottsdale, AZ 85260
Telephone: (480) 588-5811

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| **NATHAN ABSHIRE,**<br><br>Plaintiff,<br><br>vs.<br><br>**HARD DRIVE PRODUCTIONS, Inc.,**<br><br>Defendant. | Case No.: 0:13-cv-00380-JNE-JSM<br><br>**CERTIFICATE OF SERVICE** |

CHRISTINE BURKE, being first duly sworn, deposes and says:

1. I am an Arizona process server, Maricopa County License #8385, fully qualified under RCP 4(d), and 45(d) to serve process in this action;

2. I received a **SUMMONS** and **COMPLAINT FOR DECLARATORY JUDGMENT** from Plaintiff's Attorney on Wednesday, February 20, 2013.

3. I served true copies of these documents upon **HARD DRIVE PRODUCTIONS, INC.,** Statutory Agent Randy Parrish by substitute service upon **MARY LEE,** who identified herself by name and accepted service on behalf of HARD DRIVE PRODUCTIONS, INC., on February 21, 2013 at 1555 hours at her normal place of business, that being The Arizona Corporation Commission, 1300 W Washington, Phoenix AZ 85007.

4. I have read the foregoing document and state under penalty of perjury that the facts herein are true and correct.

_____    02-21-13
**CHRISTINE BURKE**                    **DATE**

1